Alonzo REED, Plaintiff—Appellant,

v.

D.L. RUNNELS; et al., Defendants—
Appellees.

No. 07–16207.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 11, 2008 *.

Filed Feb. 15, 2008.

Alonzo Reed, Represa, CA, pro se.

Grant Lien, Esq., AGCA–Office of the
California Attorney General, Sacramento,
CA, for Defendants–Appellees.

Before: WALLACE, LEAVY and
RYMER, Circuit Judges.

\* The panel unanimously finds this case suitable
for decision without oral argument. *See* Fed.
R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.

MEMORANDUM \*\*

Upon review of the record and appel-
lant's opening brief, this court hereby sum-
marily affirms the district court's order
denying appellant's motion for preliminary
injunctive relief. *See United States v.
Hooton,* 693 F.2d 857 (9th Cir.1982) (per
curiam) (summary affirmance appropriate
where result is clear from face of record).

**AFFIRMED.**